**Entered on Docket
June 19, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

JUN 1 8 2007

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IN RE:  ) Case No. 95-46564 T-7
Cache Computers, Inc., ) (Chapter 7)
 )
 )
 DEBTOR(S) )

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the application of International Business Machines (Fed. ID#) (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the amount of $1,231.34) be paid to International Business Machines c/o American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013.

Dated this 18th day of June, 2007.

_Leslie Tchaikovsky_
United States Bankruptcy Judge

CC: Financial Administrator
   American Property Locators, Inc.
   Mr. J. Armstrong Duffield
   3855 S. Boulevard, Suite 200
   Edmond, OK 73013

Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
(925) 228-0120
(925) 228-0526 fax
Tevisch7trustee@sbcglobal.net

FILED

AUG - 3 2006

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

Cache Computers, Inc.

                Debtor.                    /

Case No. 95-46564 T-7

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the court, unclaimed dividends in the amount of $19.35. The Names(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | International Business Machine c/o Codette G. Wallace, Esq. 11755 Wilshire Blvd. 15th Floor Los Angeles, CA 90025-1521 | $823,222.35 | $1,231.34 |

**Total Dividend Amount** $1,231.34

Dated: July 29, 2006

Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee

-1-

Case: 95-46564   Doc# 158   Filed: 06/18/07   Entered: 06/19/07 15:23:16   Page 2 of 10

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Cache Computers, Inc.  )  Case No 95-46564 T-7
Debtor(s)              )
                       )  Chapter 7
                       )

**AFFIDAVIT OF SERVICE**

Notice is hereby given to the court that on (date) May 9, 2007 a copy of this application claiming funds in the amount of $1,231.34, on behalf of (creditor/claimant) International Business Machines, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Signature of Petitioner

5/9/2007

J. Armstrong Duffield on behalf of International Business Machines
Type or Print Name of Petitioner

3855 S. Boulevard, Suite 200
Edmond, OK 73013-5473
Mailing Address

**LIMITED POWER OF ATTORNEY**

International Business Machines, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints J. Armstrong Duffield of American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, Ok 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the Cache Computers, Inc. bankruptcy matter, Case # 95-46564 T-7, Northern District of California Court that belong to the Principal in the amount of 1,231.34**
and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective until the Unclaimed Funds are claimed and remitted to Principal.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 18th day of April, 2007

**PRINCIPAL:**
International Business Machines
Tax ID# A3-0871985
By: *[signature: Vicky Namken]*

Title: **Bankruptcy Coordinator**

PRINCIPAL'S ADDRESS:
Office of Counsel, Western Region
425 Market Street, 21st Floor
San Francisco, CA 94105

STATE OF TEXAS )
COUNTY OF DALLAS )

ACKNOWLEDGMENT

corporate seal

Before me, the undersigned a Notary Public, in and for said County and State on this 18th day of April, 2007, personally appeared Vicky Namken to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _____ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

11-02-2009

Notary *[signature: Pat Evans]*

PAT EVANS
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 11-02-2009

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br>Cache Computers, Inc.,<br><br>DEBTOR(S) | ) Case No. 95-46564 T-7<br>)    (Chapter 7)<br>)<br>) |

**APPLICATION FOR ORDER DIRECTING PAYMENT**
**OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO**
<u>11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.</u>

International Business Machines (the "Claimant") a claimant in the captioned case respectfully requests as follows:

    1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,231.34. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347. The Trustee's report listed the claimant's address as 11755 Wilshire Blvd, 15th Fl, Los Angeles, CA. As per the attached affidavit, the address was that of an attorney representing the company. The attorney, Codette Wallace has relocated to a new address. The Claimant's <u>current</u> name, address, telephone number and contact is: International Business Machines, Office of Counsel, Western Region, 425 Market Street, 21st Floor, San Francisco, CA 94105, (415) 545-4915, Attn: Vicky Namken.

    2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

    WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

International Business Machines
(Fed. ID# 13-0871985)

By: _/s/ J. Armstrong Duffield_
J. Armstrong Duffield
3855 S. Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

Vicky doesn't currently have any business cards. Here is a screen print of her employee information from our IBM employee database It looks pretty much like a business card. Does this work for you?



Thanks,
  Mark

Office of Counsel, U.S. Western Region
8/473-4915 or (415) 545-4915  Fax: -4899
425 Market St, 21st Flr, San Francisco CA 94105

Prepared for IBM Attorney
Privilege Review Required

----- Forwarded by Mark Fraze/San Francisco/IBM on 01/19/2007 09:47 AM -----

"Jim Duffield_APL INC" <duffield@apl-inc.com>

01/19/2007 08:54 AM

Please respond to
"Jim Duffield_APL INC" <duffield@apl-inc.com>

To  Mark Fraze/San Francisco/IBM@IBMUS
cc
Subject Business Card for Vicky Namken

Mark, are you in an area near Vicky. I received the papers for a recovery signed by her but do not have a copy of her business card. Can you or someone fax me a copy of her card to
405-340-5968.
Thanks
Jim Duffield
J. Armstrong Duffield
American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
405/341-9001

# AFFIDAVIT OF CREDITOR'S PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I, **Vicky Namken**, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That I, **Vicky Namken**, ~~and~~ am am the **Bankruptcy Coordinator** of **IBM Corporation**. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivable of **IBM Corporation** and its subsidiaries/acquisitions or affiliates. **IBM Corporation** and its subsidiaries/acquisitions or affiliates have numerous business locations, and payment centers. The addresses of which change and/or are eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record. However, on this claim, the attorney representing us was Codette g. Wallace. The address by the Trustee, 11755 Wilshire Blvd, 15th Floor, Los Angeles, is now incorrect. Codette Wallace has relocated to a new address.

I affirm that the foregoing is true, under the penalties of perjury **this 18th day of April, 2007.**

*[signature: Vicky Namken]*

Address: **IBM Corporation**
**13800 Diplomat Dr**
**Dallas, TX 75234**



Office of the Regional Counsel

425 Market Street
San Francisco, CA 94105

(415) 545-4915
FAX (415) 545-4899

June 4, 2007

Toni Taylor
Financial & Administrative Services
U.S. Bankruptcy Court
San Francisco, CA 94104

Re: P.O.A. Address International Business Machines; in re Cache Computers, 95-46564

Dear Ms. Taylor:

The purpose of this letter is to clarify the IBM address for collections in the above referenced matter, in response to your request by email dated June 1, 2007 to Jim Duffield of American Property Locators, Inc.

IBM's Office of Counsel at 425 Market Street in San Francisco, California, is responsible for all legal matters pertaining to accounts based in California. This is the address listed as "Principal's Address" on the Limited Power of Attorney submitted by Mr. Duffield.

While this office oversees legal actions, certain activities in the management of bankruptcies, including collections, are handled by persons holding a position outside of the legal department with the title of Bankruptcy Coordinator. Vicky Namken holds that position for IBM with regard to accounts based in California.

Ms. Namken works out of IBM's Dallas office, at the address provided to you.

Although it is not an Officer position, the IBM Bankruptcy Coordinator has been duly authorized to execute documents or instruments appropriate in the ordinary course of IBM's business, including such documents as the Limited Power of Attorney signed by Ms. Namken in this matter, as demonstrated by the attached Delegation of Authority.

Yours very truly,

Mark E. Fraze
Office of Counsel
Western Region, IBM Americas

cc: Vicky Namken
Jim Duffield

## DELEGATION OF AUTHORITY

I, Clyde Rowe, Vice President and General Counsel, IBM Americas, do hereby certify that said Vice President and General Counsel, in accordance with and pursuant to resolutions of the Board of Directors of International Business Machines Corporation ("IBM") duly adopted at a meeting duly held and called on April 25, 1994, has been duly authorized to execute and deliver in the name of and on behalf of IBM any contract or other document or instrument necessary or appropriate in the ordinary course of IBM's business, including but not limited to bid documents for the sale of IBM products and services to federal, state and local governments and agencies, purchase orders and sales agreements, and the like, and to delegate this authorization within the IBM organization in the United States, including Puerto Rico; and that said authorization has not been modified, amended or rescinded and continues in full force and effect. So authorized, I hereby delegate said authority to execute and deliver in the name of and on behalf of IBM any such contract or other document or instrument to the persons holding the below listed positions in the IBM organization in the United States, including Puerto Rico:

President
Treasurer
Vice President
General Manager
Partner
Associate Partner
Position titles that include the words:
Counsel
Attorney
Director
Executive
Principal
Sales Manager
Program Manager
Sales Representative
Sales Specialist
Service Specialist
Contracts & Negotiations
Client Manager
Practice Leader
Project Leader
Business Area Leaders
Business Operations Manager
Business Partner Relationship Representative
Client/Customer Contract Representative
Client Relationship Representative
Client Unit Executive

Client Representative
Customer Fulfillment Professional
Customer Operations Manager
Account Support Representative
Bankruptcy Coordinator
Contracts Relations Advisor
Complex Opportunity Professional
Financial Offerings Leader
Software Account Manager
Service Delivery Manager
Service Delivery Executive
System Service Representative
Maintenance Annuity Manager
Client Solutions Support Representative

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the corporate seal of said International Business Machines Corporation on this _30_ day of _November_ 2006.

*Clyde Rowe*
Clyde Rowe
Vice President, General Counsel
IBM Americas

Dated: _November 30, 2006_